**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                                                Case No. 12-cr-44-PB

<u>**George McAlpin**</u>

<u>**O R D E R**</u>

The defendant has moved to continue the October 2, 2012 trial in the above case, citing the need for additional time to conduct a hearing on defendant's pending motion to suppress and to prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 2, 2012 to November 6, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 25, 2012 final pretrial conference is continued to October 29, 2012 at 3:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 14, 2012

cc:  Behzad Mirbashem, Esq.
     Helen Fitzgibbon, AUSA
     United States Marshal
     United States Probation